# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>JEREMY CARSON LAMB<br>DOB xx/xx/1983; U.S.C. | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**19-09488MJ** |

Complaint for violation of Title 18, United States Code § 2422(b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From on or about November 07, 2019 through on or about November 22, 2019, at or near Sierra Vista, in the District of Arizona, JEREMY C LAMB, using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who has not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Conduct with a Minor, under Arizona State Revised Statute 13-1405; All in violation of Title 18, United States Code Section 2422(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about November 7, 2019, while conducting an investigation in an attempt to locate those in the Sierra Vista area who were interested in sexual activities with underage persons, a law enforcement officer, acting in an undercover capacity (UC), provided an undercover profile on a chatting application.

An individual identified as Jeremy Carson LAMB (DOB 1983) began chatting with the UC using the application. Early in the online conversation, the UC identified themselves as a 14-year-old minor female. LAMB initially asked questions to prove the UC was real, but later LAMB asked the UC about her previous sexual experiences and indicated that he wanted to participate in acts of a sexual nature with the underage girl. Using an App called "Telegram", LAMB sent naked photos and videos of himself touching his genitals to the UC. Additionally LAMB told the UC he would bring illicit drugs and alcohol.

On or about November 21, 2019 LAMB asked the UC to use a mirror take naked photos of herself, showing her genitals. LAMB also stated he would be spending the night at a motel and asked if she could stay with him on the night of the 22nd.

**CONTINUED ON REVERSE**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Carin Duryee<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Ryan Chamberlain, Special Agent, HSI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 25, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

On or about November 22, 2019 LAMB drove a 2019 Nissan Frontier to Sierra Vista for the purpose of engaging in sexual acts with the UC. The UC told LAMB she was currently at the mall doing some shopping and he could meet her at the Mall of Sierra Vista. LAMB was arrested at approximately 1735 at the Mall of Sierra Vista located at 2200 El Mercado Loop, Sierra Vista, AZ 85635. LAMB had approximately 7.04 grams of Methamphetamines on his person at the time off arrest.