# Exhibit A



# Extraction Report
Google Android Generic

## Participants

 yeppets

 puddles

## Conversation - Instant Messages (105)

> **puddles**
> Yes. Definitely! Willing to share yours?
> **Status:** Sent
> 8/30/2019 6:01:23 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x57A9B (Table: m, c, Size: 1380352 bytes)

> **yeppets**
> Yeah what's yours first
> **Status:** Read
> 8/30/2019 6:01:33 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x579FA (Table: m, c, Size: 1380352 bytes)

> **puddles**
> Family play.
> **Status:** Sent
> 8/30/2019 6:01:55 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x57965 (Table: m, c, Size: 1380352 bytes)

> **puddles**
> Love open family situations
> **Status:** Sent
> 8/30/2019 6:02:21 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x578C1 (Table: m, c, Size: 1380352 bytes)

**yeppets**

Same. Ever done it?

Status: Read

8/30/2019 6:02:48 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x57826 (Table: m, c, Size: 1380352 bytes)

**puddles**

Yes.  Sister very young. Cousin (male). And step sister (recient).

Status: Sent

8/30/2019 6:03:58 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x57759 (Table: m, c, Size: 1380352 bytes)

**puddles**

You?

Status: Sent

8/30/2019 6:04:00 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x576CC (Table: m, c, Size: 1380352 bytes)

**yeppets**

Never sadly. How old were you in all of that

Status: Read

8/30/2019 6:04:12 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x57618 (Table: m, c, Size: 1380352 bytes)

**yeppets**

Want it though

Status: Read

8/30/2019 6:05:25 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x57582 (Table: m, c, Size: 1380352 bytes)

**puddles**

I started being sexual with friend first tbh.  Trading Brojobs. Talking about girls.  Our sisters. And started playing spin the bottle and truth or dare with them to get them to do stuff. Inwas about 8 or 9 then.  My sister caught me and my friend a couple times.  And she asked why and we told her it felt really good. She let us lick her and she sucked our dicks.  We didnt like cum in our mouth but told my sister is was the best part. Lol.

Status: Sent

8/30/2019 6:08:11 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5733D (Table: m, c, Size: 1380352 bytes)

**yeppets**

Holy fuck lol how old was she

Status: Read

8/30/2019 6:09:03 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x57297 (Table: m, c, Size: 1380352 bytes)

**yeppets**

How old are you now

Status: Read

8/30/2019 6:09:08 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x571FC (Table: m, c, Size: 1380352 bytes)

**puddles**

I played with her everyday.  Our parent were divorced. So we had a lot of free time alone.  I fucked her and shared her with friends too.  She and I liked corrupting and getting people to do it.

Status: Sent

8/30/2019 6:09:42 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x570B0 (Table: m, c, Size: 1380352 bytes)

**yeppets**

Wow amazing she must be such a slut

Status: Read

8/30/2019 6:09:56 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58F8F (Table: m, c, Size: 1380352 bytes)

**puddles**

She is 4 years younger

Status: Sent

8/30/2019 6:09:59 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58EF1 (Table: m, c, Size: 1380352 bytes)

**yeppets**

So she was 4?

Status: Read

8/30/2019 6:10:11 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58E5C (Table: m, c, Size: 1380352 bytes)

**yeppets**
How old are you now
Status: Read
8/30/2019 6:10:14 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58DC1 (Table: m, c, Size: 1380352 bytes)

**puddles**
I started playing with friends at 9.  She didnt until maybe a year.  Then another while until sex.  So she was 6
Status: Sent
8/30/2019 6:11:07 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58CC9 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Wow damn
Status: Read
8/30/2019 6:11:31 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58B92 (Table: m, c, Size: 1380352 bytes)

**puddles**
In my 30s so is she.  Shes married. Kids.  And very religious.
Status: Sent
8/30/2019 6:11:32 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58AC9 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Oh wow that's a change
Status: Read
8/30/2019 6:11:41 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58C28 (Table: m, c, Size: 1380352 bytes)

**puddles**
Went 180 on me when I went away.
Status: Sent
8/30/2019 6:11:45 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58A20 (Table: m, c, Size: 1380352 bytes)

**puddles**

We were raised religious.  Got into trouble a lot.   But that's what we liked.  Getting others to do it. Like proving to out parents and the church people that everyone likes it.

**Status:** Sent

8/30/2019 6:12:38 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x588E6 (Table: m, c, Size: 1380352 bytes)

**puddles**

We even got friends dads to play.  Looking back as an adult.  I'm like.  Those dad were so lucky

**Status:** Sent

8/30/2019 6:13:08 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x587FD (Table: m, c, Size: 1380352 bytes)

**yeppets**

I guess they were

**Status:** Read

8/30/2019 6:13:21 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5875E (Table: m, c, Size: 1380352 bytes)

**puddles**

Lmao.

**Status:** Sent

8/30/2019 6:13:34 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x586D1 (Table: m, c, Size: 1380352 bytes)

**yeppets**

How old are you

**Status:** Read

8/30/2019 6:13:49 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5863A (Table: m, c, Size: 1380352 bytes)

**yeppets**

Sorry already answered

**Status:** Read

8/30/2019 6:13:54 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5859C (Table: m, c, Size: 1380352 bytes)

**yeppets**
Long day man
Status: Read
8/30/2019 6:13:55 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58508 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Do you have a family?
Status: Read
8/30/2019 6:13:58 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5846B (Table: m, c, Size: 1380352 bytes)

**puddles**
Unfortunately not.    I'll have an open fsmily tho when I find the right girl.
Status: Sent
8/30/2019 6:14:26 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58394 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Oh yeah? Damn
Status: Read
8/30/2019 6:14:37 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x582FE (Table: m, c, Size: 1380352 bytes)

**puddles**
For sure. My x had one. Was amazing
Status: Sent
8/30/2019 6:14:56 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58253 (Table: m, c, Size: 1380352 bytes)

**yeppets**
She did?
Status: Read
8/30/2019 6:15:01 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x581C3 (Table: m, c, Size: 1380352 bytes)

**yeppets**

What happened there

Status: Read

8/30/2019 6:15:05 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x58128 (Table: m, c, Size: 1380352 bytes)

**puddles**

She was friends with my sister 1st. I lived out of state.   I guess my sis and her talked about childhood stuff.  Her friend..my x... had sex with her dad a lot growing up.  My sis told her about us and that she still changed. I guess trying to inspire or help ... but instead her friends decided I needed to be the guy to bring into her open family.  She wanted me to play with her kids.  I dont know any of this for so long.  They'd flirt. Change in front of me.  Get in my showers.  Watch us have sex. And eventually she and her daughter sucked my dick while i was passed out. I woke up.  Got so hard but pretended to sleep. Ibwas nervous.

Status: Sent

8/30/2019 6:19:14 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x59D2F (Table: m, c, Size: 1380352 bytes)

**puddles**

Then she showed me vids of her licking her daughter and playing with her pussy while we fucked.  It progressed slowly but eventually we had a very open sexual relationship with everyone.

Status: Sent

8/30/2019 6:20:15 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x59BEB (Table: m, c, Size: 1380352 bytes)

**yeppets**

How old were you then

Status: Read

8/30/2019 6:20:15 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x59B4D (Table: m, c, Size: 1380352 bytes)

**yeppets**

Wow fuck man.

Status: Read

8/30/2019 6:20:28 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x59AB8 (Table: m, c, Size: 1380352 bytes)

**puddles**

My mid 20s

Status: Sent

8/30/2019 6:20:32 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x59A26 (Table: m, c, Size: 1380352 bytes)

**yeppets**
How old was the daughter?
Status: Read
8/30/2019 6:20:40 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x59985 (Table: m, c, Size: 1380352 bytes)

**puddles**
Bout the same age as my sis when she started with me.  It's what turned my x on so much
Status: Sent
8/30/2019 6:21:28 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5980D (Table: m, c, Size: 1380352 bytes)

**puddles**
The parallels.
Status: Sent
8/30/2019 6:21:39 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x59775 (Table: m, c, Size: 1380352 bytes)

**puddles**
I got lucky af.  Life gave me back what ivgave years before. Lol
Status: Sent
8/30/2019 6:22:02 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x596AD (Table: m, c, Size: 1380352 bytes)

**yeppets**
Wow.  Did you end up fuxking herC
Status: Read
8/30/2019 6:22:35 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x594EE (Table: m, c, Size: 1380352 bytes)

**puddles**
Who?
Status: Sent
8/30/2019 6:24:49 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x59260 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Daughter
Status: Read
8/30/2019 6:25:17 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x591D0 (Table: m, c, Size: 1380352 bytes)

**puddles**
Oh ya. Daily
Status: Sent
8/30/2019 6:25:39 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x590A9 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Really? Fuck for how long
Status: Read
8/30/2019 6:25:48 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5BF99 (Table: m, c, Size: 1380352 bytes)

**puddles**
6 yrs.
Status: Sent
8/30/2019 6:26:01 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5BF09 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Wow. That's the last time you did that?
Status: Read
8/30/2019 6:26:41 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5BE58 (Table: m, c, Size: 1380352 bytes)

**puddles**
X husband caused a lit of drama eventually. She had a custody battle. Too much drama and paranoia and they moved. I haven't seen em since. Sucks.
Status: Sent
8/30/2019 6:26:58 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5BD3A (Table: m, c, Size: 1380352 bytes)

**yeppets**

Damn I bet

Status: Read

8/30/2019 6:27:09 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5BCA7 (Table: m, c, Size: 1380352 bytes)

**puddles**

Yes. Unfortunately.   Need to make my own now

Status: Sent

8/30/2019 6:27:22 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5BBF1 (Table: m, c, Size: 1380352 bytes)

**yeppets**

Yeah? That is hot

Status: Read

8/30/2019 6:27:39 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5BB58 (Table: m, c, Size: 1380352 bytes)

**yeppets**

Where you from

Status: Read

8/30/2019 6:27:42 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5BAC2 (Table: m, c, Size: 1380352 bytes)

**puddles**

Ya?  I'd let you come help me train them.  They need to be used to fucking multiple guys.

Status: Sent

8/30/2019 6:28:27 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B9E0 (Table: m, c, Size: 1380352 bytes)

**yeppets**

Oh yeah? That open?

Status: Read

8/30/2019 6:28:42 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B944 (Table: m, c, Size: 1380352 bytes)

**puddles**
Live in southern Utah.
Status: Sent
8/30/2019 6:29:04 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B8A5 (Table: m, c, Size: 1380352 bytes)

**puddles**
You?
Status: Sent
8/30/2019 6:29:06 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B819 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Northeast
Status: Read
8/30/2019 6:29:14 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B788 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Far away
Status: Read
8/30/2019 6:29:18 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B6F3 (Table: m, c, Size: 1380352 bytes)

**puddles**
Bummer
Status: Sent
8/30/2019 6:29:27 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B664 (Table: m, c, Size: 1380352 bytes)

**puddles**
You have a family?
Status: Sent
8/30/2019 6:29:38 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B5CA (Table: m, c, Size: 1380352 bytes)

U.S. v. Jeremy Carson Lamb                                                744

**puddles**
How old are you?
Status: Sent
8/30/2019 6:29:45 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B531 (Table: m, c, Size: 1380352 bytes)

**yeppets**
A daughter
Status: Read
8/30/2019 6:29:47 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B49F (Table: m, c, Size: 1380352 bytes)

**yeppets**
30
Status: Read
8/30/2019 6:29:48 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B415 (Table: m, c, Size: 1380352 bytes)

**puddles**
Nice! Lucky!
Status: Sent
8/30/2019 6:30:29 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B37F (Table: m, c, Size: 1380352 bytes)

**puddles**
How old is she?
Status: Sent
8/30/2019 6:30:41 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B2E8 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Yeah? Too far gone for that scenario lol
Status: Read
8/30/2019 6:30:44 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B238 (Table: m, c, Size: 1380352 bytes)

**yeppets**

7

Status: Read

8/30/2019 6:30:45 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B1AF (Table: m, c, Size: 1380352 bytes)

**puddles**

Nah. Just gotta layer it.  Have a friend.. like myself show her porn with girls her age

Status: Sent

8/30/2019 6:31:23 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5B0D0 (Table: m, c, Size: 1380352 bytes)

**yeppets**

I'm divorced and mom would lose it lol

Status: Read

8/30/2019 6:31:52 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5DF8A (Table: m, c, Size: 1380352 bytes)

**puddles**

Touch her.  See if she says anything to you.   You can ask about the time alone. Aee if she sings

Status: Sent

8/30/2019 6:31:57 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5DEA1 (Table: m, c, Size: 1380352 bytes)

**puddles**

Give the friend a fake name.  If shit goes down.. the creep left town.

Status: Sent

8/30/2019 6:32:27 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5DDD0 (Table: m, c, Size: 1380352 bytes)

**puddles**

But if done right. I can promise.  Its their idean and they love it

Status: Sent

8/30/2019 6:32:56 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5DD04 (Table: m, c, Size: 1380352 bytes)

U.S. v. Jeremy Carson Lamb

746

**yeppets**
Yeah? She'll squeal right away she doesn't keep any secrets
Status: Read
8/30/2019 6:33:14 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5DC37 (Table: m, c, Size: 1380352 bytes)

**yeppets**
I get what you mean though
Status: Read
8/30/2019 6:33:18 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5DB94 (Table: m, c, Size: 1380352 bytes)

**puddles**
My x and I used her daughter and got several of her friends to play.. it's a slow process. Dont just jump in. They have to be curious. Ask. Wonder. Catch you for someone having sex. Watch movies that are sexual. Takes a few months for sure
Status: Sent
8/30/2019 6:35:07 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5DA16 (Table: m, c, Size: 1380352 bytes)

**puddles**
If I had a daughter already trained itd be easy
Status: Sent
8/30/2019 6:35:26 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D95E (Table: m, c, Size: 1380352 bytes)

**yeppets**
Yeah? That sounds intense
Status: Read
8/30/2019 6:35:30 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D8BD (Table: m, c, Size: 1380352 bytes)

**puddles**
Terrifying tbh
Status: Sent
8/30/2019 6:37:56 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D826 (Table: m, c, Size: 1380352 bytes)

**puddles**
Especially the 1st time. And probably even more with your own
**Status:** Sent
8/30/2019 6:38:24 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D760 (Table: m, c, Size: 1380352 bytes)

**yeppets**
Oh I believe it for sure
**Status:** Read
8/30/2019 6:38:34 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D6BF (Table: m, c, Size: 1380352 bytes)

**puddles**
Hey
**Status:** Sent
8/30/2019 6:42:37 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D634 (Table: m, c, Size: 1380352 bytes)

**yeppets**
?
**Status:** Read
8/30/2019 6:42:43 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D5AB (Table: m, c, Size: 1380352 bytes)

**puddles**
You have wickr?
**Status:** Sent
8/30/2019 6:42:45 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D514 (Table: m, c, Size: 1380352 bytes)

**puddles**
Or telegram?
**Status:** Sent
8/30/2019 6:42:57 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D480 (Table: m, c, Size: 1380352 bytes)

**puddles**

App

Status: Sent

8/30/2019 6:43:02 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D366 (Table: m, c, Size: 1380352 bytes)

**yeppets**

Wickr

Status: Read

8/30/2019 6:43:02 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D3F1 (Table: m, c, Size: 1380352 bytes)

**yeppets**

User?

Status: Read

8/30/2019 6:43:03 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D2D9 (Table: m, c, Size: 1380352 bytes)

**puddles**

Prvymeatshank

Status: Sent

8/30/2019 6:43:23 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D244 (Table: m, c, Size: 1380352 bytes)

**yeppets**

?

Status: Read

8/30/2019 6:48:00 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5D1BB (Table: m, c, Size: 1380352 bytes)

**puddles**

Too much?

Status: Sent

8/30/2019 6:59:53 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5EFA9 (Table: m, c, Size: 1380352 bytes)

**yeppets**

You're not respond on there lol

Status: Read

8/30/2019 7:00:10 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5EF00 (Table: m, c, Size: 1380352 bytes)

**puddles**

Yours is ryan something?

Status: Sent

8/30/2019 7:00:27 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5EE60 (Table: m, c, Size: 1380352 bytes)

**puddles**

I sent a vid.

Status: Sent

8/30/2019 7:01:01 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5EDC9 (Table: m, c, Size: 1380352 bytes)

**puddles**

You asked if I wanted to chat there instead

Status: Sent

8/30/2019 7:01:20 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5ED15 (Table: m, c, Size: 1380352 bytes)

**puddles**

I said its safer.

Status: Sent

8/30/2019 7:01:26 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5EC7B (Table: m, c, Size: 1380352 bytes)

**puddles**

That wasnt you?  Or you didnt get my messeges?

Status: Sent

8/30/2019 7:01:38 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5EBC5 (Table: m, c, Size: 1380352 bytes)

**yeppets**

Got nothing

Status: Read

8/30/2019 7:01:50 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5EB32 (Table: m, c, Size: 1380352 bytes)

**puddles**

What's your wickr name?

Status: Sent

8/30/2019 7:02:22 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5EA93 (Table: m, c, Size: 1380352 bytes)

**puddles**

? You're not rryan12?

Status: Sent

8/30/2019 7:04:32 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5E9F5 (Table: m, c, Size: 1380352 bytes)

**puddles**

**Attachments:**



Size: 46430
File name: f864bb33-7683-476f-87ed-737ccb30a369
f864bb33-7683-476f-87ed-737ccb30a369

Status: Sent

8/30/2019 7:04:51 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5E96D (Table: m, c, Size: 1380352 bytes)
TarArchive/data/data/sh.whisper/files/whisper-chat/f864bb33-7683-476f-87ed-737ccb30a369 : (Size: 46430 bytes)

**puddles**

??

Status: Sent

8/30/2019 7:08:57 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/sh.whisper/databases/c.db : 0x5E284 (Table: m, c, Size: 1380352 bytes)