# Exhibit B

**958114769 MeatShank Thrust**

She'll want to watch us too.  And I'll ask if she wants to try it too and she will let me lick her once she feels how good it feels she'll want it more. We just say we cant unless it's a secret.

**Status:** Sent

9/30/2019 12:12:44 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5927 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**789625447**

I'm just afraid she will talk about it. She talks too fuckin much

9/30/2019 12:13:28 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D566C (Table: messages, Size: 3809280 bytes)

**958114769 MeatShank Thrust**

Well.  We can not include you first and she if she tells you.

**Status:** Sent

9/30/2019 12:14:01 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D55ED (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**958114769 MeatShank Thrust**

Use a different name for me.

**Status:** Sent

9/30/2019 12:14:12 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D558E (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**958114769 MeatShank Thrust**

But she keeps secrets and lies when she wants to

**Status:** Sent

9/30/2019 12:14:33 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D551B (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**958114769 MeatShank Thrust**

And she will like it so she will want to.

**Status:** Sent

9/30/2019 12:14:42 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D54B0 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**789625447**
She lies to me but not for me
9/30/2019 12:14:48 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5455 (Table: messages, Size: 3809280 bytes)

**789625447**
Little ass hole
9/30/2019 12:14:55 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D540A (Table: messages, Size: 3809280 bytes)

**958114769 MeatShank Thrust**
Lol.. she lies For herself.  That's good enough for now. Haha
Status: Sent
9/30/2019 12:15:16 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D538C (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**789625447**
I need you to get me some dick....
9/30/2019 12:16:20 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D532D (Table: messages, Size: 3809280 bytes)

**789625447**
I know you can
9/30/2019 12:16:29 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D52E2 (Table: messages, Size: 3809280 bytes)

**958114769 MeatShank Thrust**
Like young dick?
Status: Sent
9/30/2019 12:16:46 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5290 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

789625447

Yes

9/30/2019 12:17:00 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5252 (Table: messages, Size: 3809280 bytes)

958114769 MeatShank Thrust

**Status:** Sent

9/30/2019 12:17:29 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5E20 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

958114769 MeatShank Thrust

My sugar mommas 16 year olds

**Status:** Sent

9/30/2019 12:17:41 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5DC0 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

789625447

Is he still a virgin?

9/30/2019 12:18:15 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5D6D (Table: messages, Size: 3809280 bytes)

958114769 MeatShank Thrust

Yed

**Status:** Sent

9/30/2019 12:18:20 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5D2B (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

958114769 MeatShank Thrust

Yes*

**Status:** Sent

9/30/2019 12:18:26 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5CE5 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

U.S. v. Jeremy Carson Lamb

570

> **789625447**
> he won't last long or know what he doin lol
> 9/30/2019 12:18:43 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D58B7 (Table: messages, Size: 3809280 bytes)

> **958114769 MeatShank Thrust**
> Not the first few times. No.  That's hot tho.  Lol
> Status: Sent
> 9/30/2019 12:19:05 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5844 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **789625447**
> I wonder if he'd fuck me though
> 9/30/2019 12:19:10 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D57E5 (Table: messages, Size: 3809280 bytes)

> **789625447**
> Is he a lil Horny ass
> 9/30/2019 12:19:29 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D5792 (Table: messages, Size: 3809280 bytes)

> **958114769 MeatShank Thrust**
> I can leave vids of you on my computer for him to find when hes playing on my computer.
> Status: Sent
> 9/30/2019 12:19:36 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D56FC (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
> Then have you come over.  We han fuck with my door open.
> Status: Sent
> 9/30/2019 12:20:04 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D51D8 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**958114769 MeatShank Thrust**

**Attachments:**



Size: 0
(Empty File)

**Status:** Sent

10/15/2019 5:51:46 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x272C9E (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**823084193 Andrew**

Any younger

10/15/2019 5:52:43 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x272B80 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

**958114769 MeatShank Thrust**

**Attachments:**



Size: 0
(Empty File)

**Status:** Sent

10/15/2019 6:01:24 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x27288F (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**958114769 MeatShank Thrust**

Wish I had that full video.

**Status:** Sent

10/15/2019 6:01:31 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x272833 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

U.S. v. Jeremy Carson Lamb

704

**823084193 Andrew**

Damn hot

10/15/2019 6:02:41 PM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2727EC (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

**823084193 Andrew**

Seems harder and harder to find people

10/25/2019 1:38:36 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2DAFCF (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

**958114769 MeatShank Thrust**

Into kinks like this?

**Status:** Sent

10/25/2019 1:58:20 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2DA17D (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**823084193 Andrew**

Yeah maybe find one out of a handful on whisper lately

10/25/2019 1:59:10 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2DA10A (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

**958114769 MeatShank Thrust**

Yeah.  Especially females. Scarce.  And its fear I suppose.  And its stigmatized.  Society looks so down on it .. but then says science over religion... soooo..  why can't we breed a girl when mother nature tells us shes ready?  Why do we go with a godly approach and morality justification for extending 8 to 10yrs past when most girls have their first period.  Makes no sense to me.

**Status:** Sent

10/25/2019 2:11:56 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2DA1D5 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **823084193 Andrew**
> Would be nice
> 10/25/2019 2:15:07 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2DA0BF (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

> **823084193 Andrew**
> Did have a guy try to get me to pay to come play with his 6 yo daughter today. Never had that before
> 10/25/2019 2:15:54 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2DA7FB (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
> That's hot af
> Status: Sent
> 10/25/2019 2:17:41 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2DA071 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
> Id do it depending how much
> Status: Sent
> 10/25/2019 2:17:55 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2DAB07 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **823084193 Andrew**
> Went dead after I told I lived too far. But damn
> 10/25/2019 2:18:27 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2DAE58 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

> **823084193 Andrew**
> I would but idk if I could trust someone random like that.
> 10/25/2019 2:19:18 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2DAD97 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

**958114769 MeatShank Thrust**

Attachments:



Size: 3114784
File name: 1_5014885006871363732.3gp
1_5014885006871363732.3gp

Status: Sent

10/25/2019 2:19:52 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2EDA0A (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)
TarArchive/data/media/0/Telegram/Telegram Documents/1_5014885006871363732.3gp : (Size: 3114784 bytes)

**958114769 MeatShank Thrust**

Attachments:



Size: 0
**(Empty File)**

Status: Sent

10/25/2019 2:20:10 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2ED833 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**958114769 MeatShank Thrust**

Would have to meet in person first with his daughter. In public.  Then have him show you vids of him playing with her.  And or do illegal drugs with him.   Make sure he's not the police and make sure hes actually down with her playing and has himself.

Status: Sent

10/25/2019 2:22:30 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2ED6F7 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

**823084193 Andrew**

Yeah a lot of checks first. Would be great to find a girl into that kind of life.

10/25/2019 2:25:37 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2F0FA3 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

**823084193 Andrew**

I see my friends girls and am like damn how have you not played with her

10/25/2019 2:27:09 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2F0466 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
>
> Right?  Offer to babysit.
>
> **Status:** Sent
>
> 10/25/2019 2:35:54 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2F0AAE (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **823084193 Andrew**
>
> Not gonna lie. I did that once with my niece. She was 6 loved it too
>
> 10/25/2019 2:37:13 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2F01FF (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x29CCF1 (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
>
> And I found a girl into last week.  But she is an addict and shoots up. So.  She has some issues.    And not hot enough to constituent
>
> **Status:** Sent
>
> 10/25/2019 2:37:36 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2F0137 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
>
> Nice.  I did with my girlfriend at the times neice.  Was so hot.  Played for a couple weeks straight that summer.
>
> **Status:** Sent
>
> 10/25/2019 2:38:16 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2F09B9 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
>
> 6 is perfect age tho.
>
> **Status:** Sent
>
> 10/25/2019 2:38:27 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2F0961 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
> Feels so hot
> **Status:** Sent
> 10/1/2019 9:15:49 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D9926 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **789625447**
> I've never tried it. I've never done dp unless it was dick and toy
> 10/1/2019 9:16:49 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D98A4 (Table: messages, Size: 3809280 bytes)

> **958114769 MeatShank Thrust**
> I wish I could get the cousins... joanes nieces alone. To come baby sit. I'd ghbThem so i can fuck the older one too
> **Status:** Sent
> 10/1/2019 9:17:14 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D97EC (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **789625447**
> Yes
> 10/1/2019 9:17:26 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D97AC (Table: messages, Size: 3809280 bytes)

> **958114769 MeatShank Thrust**
> Damn. Let's do dp.
> **Status:** Sent
> 10/1/2019 9:17:34 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D975A (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
> I love three sums
> **Status:** Sent
> 10/1/2019 9:17:43 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D9708 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

789625447

And fist me while you fuck them

10/1/2019 9:17:46 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D96AE (Table: messages, Size: 3809280 bytes)

958114769 MeatShank Thrust

Hell ya!

Status: Sent

10/1/2019 9:18:10 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D9663 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

958114769 MeatShank Thrust

Attachments:



Size: 0
(Empty File)

Status: Sent

10/1/2019 9:18:48 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D94D2 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

958114769 MeatShank Thrust

The one on left is older.   One on right I played with a cpl years ago

Status: Sent

10/1/2019 9:19:57 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D944A (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

958114769 MeatShank Thrust

I think she'll let me fuck her.  The younger one.

Status: Sent

10/1/2019 9:20:36 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D9243 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

958114769 MeatShank Thrust

The older one idk.

Status: Sent

10/1/2019 9:20:50 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D91F0 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

958114769 MeatShank Thrust

But I'd totally ghb her of we can get her to come babysit

Status: Sent

10/1/2019 9:21:20 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D9176 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

958114769 MeatShank Thrust

Let's find a young boy on whisper

Status: Sent

10/1/2019 9:22:04 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D9113 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

958114769 MeatShank Thrust

3 sum

Status: Sent

10/1/2019 9:22:10 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2D90CC (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

958114769 MeatShank Thrust

You down?

Status: Sent

10/1/2019 9:22:35 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x221FE7 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
>
> Should I come over tomorrow morning?
>
> Status: Sent
>
> 10/1/2019 9:25:41 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x221F81 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **789625447**
>
> I gonna make them cum then fuck my pussy so they last longer. Tell me about when you messed with the niece how'd she feel how'd she sound? Did she ask for it? Did she seek you out did she say she wanted it
>
> 10/1/2019 9:26:09 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x221E72 (Table: messages, Size: 3809280 bytes)

> **958114769 MeatShank Thrust**
>
> I actually just snuggled up close to her and put my arm around her . Pulled her close.  Put my kneww under her leg so her legs were a little spred.  I started asking her questions about the movie. Who whas who and what was going on while i started to rub her with my hand that was around her.  She couldn't move away if she wants to.  But she just kept talking ... more and sounded excited.  I dont think she was paying much attention just letting it feel good.  I was still above her clothes.   She spread her legs more and moved her hips when I stopped rubbing and just had my hand on it
>
> Status: Sent
>
> 10/1/2019 9:34:46 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x221BDE (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
>
> I was hard and I pushed my hips against her leg and flexed it over and over.    Then Joanne came back in the house..  so we looked ar eachother and smiled as we stopped.
>
> Status: Sent
>
> 10/1/2019 9:36:37 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x221AF2 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

> **958114769 MeatShank Thrust**
>
> She came over every day for the next week.  We picked movies and the boys and her sister were like noooo let's do something else or watch something. Else.  But we both said we wanted to watch it... so they did their thing and left us alone.  The second day i did the same thing. Except when she was rolling her hips i just pushed my hand down her pants and she spread her legs.  She was so wet.
>
> Status: Sent
>
> 10/1/2019 9:40:05 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x221922 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)

U.S. v. Jeremy Carson Lamb                                                                                                      582

958114769 MeatShank Thrust

Soooooo. Did you get anything in her tonight ?

**Status:** Sent

10/1/2019 9:47:29 AM(UTC+0)

Source Extraction:
File System (1)
Source Info:
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db : 0x2218B2 (Table: messages, Size: 3809280 bytes)
TarArchive/data/data/org.telegram.messenger/files/account1/cache4.db-wal : 0x1FA1DA (Table: users, Size: 4317792 bytes)