*Law Office of*
***Bartholomew D. Reidy, P.C.***
6890 East Sunrise Drive, Suite 120191
Tucson, Arizona 85750
(520) 505-1414
Bart@LawyerBart.com
Attorney for Defendant Lamb
Bartholomew D. Reidy, AZ Bar #024520

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States Of America, | 19-CR-03408-TUC-JGZ-EJM- 1 |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S SENTENCING MEMORANDUM |
| Jeremy Lamb, | |
| Defendant | |

  Defendant Jeremy Lamb, through undersigned counsel, submits the following sentencing memorandum that he anticipates will be useful to this Court in determining an appropriate and just sentence. Mr. Lamb is scheduled to be sentenced on October 13, 2023. He asks this Honorable Court to accept the plea he entered with the Government and to sentence him to the substantial term of 18 years in prison (216 months), with a term of Lifetime Supervised Release to follow. Based upon the information below, and pursuant to 18 U.S.C. §3553(a), this requested sentence is warranted and meets the interests of justice.

## SENTENCING MEMORANDUM

The defendant now before the Court is a humbled and saddened man. Mr. Jeremy Lamb deeply regrets the choices he made that resulted in his involvement in this matter. He was raised to know right from wrong and is embarrassed and ashamed by what he has done. Jeremy is keenly aware that what he was involved in is inappropriate, harmful, and dangerous. Jeremy's actions leave a long stream of victims in his wake and he is overwhelmed by the damage he has caused/contributed to.

Mr. Lamb is doing his best to come to grips with the fact that his actions here have caused him to already forfeit years of his freedom, will cost him amny, many more, and will negatively affect him greatly the rest of his life. He honestly feels that his foolish and wrongful actions here were completely avoidable if he would have just remained sober and not entrenched himself into a life of drugs. Now that he can reflect upon it, the diminished capacity that he consciously chose to enter during the time in question obviously contributed to the worst decisions Jeremy could ever make. He wishes he could go back and make better choices. But instead, he is facing a generation in incarceration—and the rest of his life with a scarlet letter as a sex offender. He knows that upon his release he will be the boogieman in the neighborhood and on the internet. His choices in the time leading to his arrest will cause him hardship and struggle even decades later.

One difficult aspect of Mr. Lamb' situation here is his trying to understand how he put himself into the situation he finds himself in. While his personal tendency has traditionally been to chase the rush that adrenaline and altered states give a person, through pursuits like paragliding, being an underwater welder, being a drug user, living on the fringes of the law; etc., Jeremy now recognizes that many of those things masked over issues that caused him to sink to his lowest point. Only now, after nearly 4 years at CCA awaiting this case to resolve does he see that what he should have been working towards is setting a foundation for a simple but fulfilling life. But obviously, any semblance of a normal life is now on hold for many, many years, as he pays his debt to society..

In speaking to Mr. Lamb, one quickly gleans that he is a gregarious, intelligent, and motivated man. But currently he is also a broken man, due to where he has put himself. He is also a man who is willing to admit when he has been wrong and to do all he can to make amends for his errors. Mr. Lamb's support system and family members laud the positive qualities he possesses. Their commitment to him demonstrates the support he has within his community. The generosity, compassion, and friendships shared by these people toward Jeremy, as noted in conversations, describe the personable man before this Court. While his incarceration in this case has somewhat dimmed the spark in Mr. Lamb's life, the relationships he has are true indicators of the real Jeremy—the Jeremy he seeks to regain. It means a lot to him to know that he is such a significant part of his loved

ones lives. He is focused on working diligently to reintegrate back into this network of goodhearted people as soon as he can.

The time that this case has taken to be resolved has acted to serve as a true blessing to Jeremy because it forced him to focus upon his life at a fundamental level. He has abused his body with drugs since he was barely a teenager, and he knows that abuse got quite bad towards the end and has caused many problems. Jeremy lives every day, even in custody, knowing that it is imperative that he soak up all he can in this life. His substance abuse has directly played a role in his horrific actions and his need to remain sober upon his release is paramount.

Obviously now, with the view of hindsight and with a clear mind, Jeremy knows that he was so far from his moral compass that he can hardly recognize where he went. He was living a dangerous life and was a menace to those he hurt. In talking to Mr. Lamb, he is utterly remorseful for his actions in this matter. He has spent an inordinate amount of time at CCA thinking about how many foolish decisions he was making back then. But he has also shown he can make good ones.

Per the suggestion of this Court, Mr. Lamb underwent a Psychosexual Evaluation (see ECR 96-1) and a polygraph which provides the Court with key information to make decisions from. Notably these analyses show that Mr. Lamb had favorable polygraph results when asked if he had sexual contact with anyone 17 or younger, if he ever physically forced anyone to engage in sexual activity or if he had had sexual contact with a relative. The evaluation also determined that he

is basically in the middle of the scale on several tests, indicating he is an "average" or "moderate" risk to reoffend. These findings flow from pertinent questions the evaluator thought were necessary and they help demonstrate that Jeremy is appropriate for sex offender treatment—which he very much desires to participate in.

Mr. Lamb knows that he is a fortunate man because he now sees a pathway to success. He is committed to putting forth the effort to take whatever classes he can find to reintegrate himself back into the recovery mindset and community. He wants to participate in the RDAP program while serving his sentence, even knowing that he may not be able to reduce his sentence with it. He wants to utilize his time to make whatever strides he can to better himself. Jeremy is also looking forward to the extensive sex offender treatment program(s) he will be able to participate in and, in fact, wishes there were related programs that he could avail himself of sooner rather than later. He has heard while at CCA that these programs are not initiated early on in one's sentence but are rather done toward the latter portion—closer to release. Jeremy sees this as a flawed situation because in his view the sooner he can begin to learn more and implement this information into his life, the better off he would be.

There are days Jeremy is amazed that he is still alive when he considers the hard life he was leading prior to his arrest. He truly thinks that getting arrested saved his life. He knows that it saved others from the harm he was doing, and for this he is grateful.

When current counsel took over representing Mr. Lamb counsel was astonished to learn that Jeremy had participated in a free-talk with federal agents and the assigned AUSA, in particular when he had not yet taken a plea. As much as current counsel struggles with the notion of this having happened, Jeremy does not see it as a similar problem. Has the government now used information he provided in that meeting to try to enhance his sentence?- Yes. But, Jeremy saw that meeting as an opportunity to begin to make amends to the victims of his crimes and to do all he could to help others that may be in dire situations. He had languished at CCA for over a year (during the COVID-19 pandemic) before the government coordinated the free-talk and that time had already allowed him to rid himself completely of the poisons he had been consuming and to begin to regain some of the morality he had lost through his actions. Jeremy stands by his efforts to help the government with information about his actions and he hopes it led to the discovery and arrest of other similar actors engaged in the behaviors he was doing. The government has not shared with the defense if Jeremy's information had the result he intended, but we do know that extensive government investigation flowed from the free-talk.

Again, the fact that he is literally forfeiting a generation of his life because of what he did here is a staggering reality to Mr. Lamb. But, he is certain the current incident, and the very extensive time in custody it will require has left an indelible mark upon him that will positively influence his life going forward. However, notably, Mr. Lamb has not once placed blame for his situation on

anyone but himself. While he lived a life prior to his arrest wherein he was an arrogant, absent-minded, dangerous and foolish man, Mr. Lamb knows he alone was responsible for putting himself in the situation that led to his arrest. Jeremy has been humbled by the experience he is currently enduring. He is keen to return to his loved ones as soon as possible, to prove he can once again follow the orders of this Court, and to move on to the next chapter in his life.

Thus, in light of the information contained in this sentencing memorandum and the letter(s) and certificates provided to the Court, denoting, at a minimum—Mr. Lamb's genuine remorse, his acceptance of responsibility, his support in the community, his efforts, desire and plan to rehabilitate and seek treatment, his voluntary choice to sit down and participate in a free-talk with federal agents and open up a vault on his life leading up to his arrest, and any other facts to be considered under 18 U.S.C. Section 3553(a), Mr. Lamb requests that this Court sentence him to the extensive-term of 18 years in incarceration. This sentence will be a significant punishment that will facilitate and support Mr. Lamb's rehabilitation and personal growth—and as such it is 'significant but not greater than necessary.' Upon his release, Jeremy looks forward to demonstrating the positive changes he has undergone while incarcerated, while on the stipulated term of Lifetime Supervised Release. This will allow Jeremy to avail himself to ongoing sex offender treatment, while also allowing for his supervision to protect the community at large. Mr. Lamb knows that this current incident will be his last foray into the criminal justice system as he intends to live a life upon release that

will allow him grow old gracefully while enjoying the latter years of his life with the laughter of his friends and family enveloping him.

Respectfully submitted on October 10, 2023.

*s/ Bartholomew D Reidy*
BARTHOLOMEW D. REIDY
Attorney for Jeremy Lamb

Copies/links of the foregoing efiled on October 9, 2023, to:
All ECF registrants associated with this case.
By: BDR
Lamb, Jeremy sentencing memo